KEVIN V. RYAN **(California State Bar No. 118321)**
United States Attorney
JAY R. WEILL **(California State Bar No. 75434)**
Assistant United States Attorney
Chief, Tax Division

10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone:  (415) 436-7017
Fax:            (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  C-06-0812-CW(JL) |
| ) | |
| Petitioners, ) | **APPLICATION TO DISMISS** |
| ) | **VERIFIED PETITION TO ENFORCE** |
| v. ) | **INTERNAL REVENUE SERVICE** |
| ) | **SUMMONSES** |
| ALAN L. BIRD, ) | |
| ) | |
| Respondent. ) | |
| ) | |

The United States of America dismisses the Petition To Enforce filed on February 7, 2006 because the respondent has complied with the IRS Summonses.

KEVIN V. RYAN
United States Attorney

Dated: April 18, 2006          /s/ Jay R. Weill
                                              JAY R. WEILL
                                              Assistant United States Attorney
                                              Chief, Tax Division

SO ORDERED   4/19/06

[signature]

UNITED STATES ~~MAGISTRATE~~ JUDGE
                           DISTRICT